SCANNED

## INDICTMENT SYNOPSIS

**Name:**           Jonathan Hebert

**Address:**        South Portland, Maine

**Year of Birth:**    1985        **Age:**   21

**Violation:**      Felon in possession of a firearm. 18 U.S.C. § 922(g)(1).

**Penalty:**        Imprisonment for not more than 10 years, fine of two hundred fifty thousand dollars ($250,000), or both. 18 U.S.C. § 924(a)(2).

**Supervised Release:**

Not more than three years. 18 U.S.C. § 3583(b)(2).

**Maximum Term of Imprisonment for Violation of Supervised Release:**

Not more than two years. 18 U.S.C. § 3583(e)(3).

**Maximum Additional Term of Supervised Release for Violation of Supervised Release:**

Three years less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).

**Defendant's Attorney:**      Robert M. Napolitano

**Primary Investigative Agency:**    ATF

**Detention Status:**   Detained (State Custody)

**Foreign National:**   No

**Consular Notification Provided:**   N/A

**County:**      Cumberland

**AUSA:**       Michael J. Conley

**Guidelines:**   Apply

**Victim Case:**   No

**Corporate Victims Owed Restitution:**      No

**Felony Assessments:** $100

**Caption of Any Related Search Warrants:**     None